IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BREITLING OIL AND GAS, CORPORATION, a Texas Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN ENERGY COMPANY, an Oklahoma Corporation,<br><br>Defendant. | Case No.  CIV-13-1310-D |

## NOTICE OF RELATED CASE

COMES NOW Breitling Oil and Gas Corporation, ("Breitling"), and pursuant to Local Rule 3.7, states the following:

1. On or about December 12, 2013, Defendant Crown Energy Company ("Crown") filed a Counterclaim against Breitling. Crown's Counterclaim requests an offset in connection with property that is the subject of the following lawsuit: *Crown Energy Company v. Breitling Oil and Gas Corporation*, Case No. CJ-2012-298-03; District Court of Garfield County, State of Oklahoma, with the Honorable Judge Tom Newby presiding. The Garfield County case is pending.

Respectfully Submitted,

*/s/ Stephen Jones/*

Stephen Jones, OBA #4805
JONES, OTJEN & DAVIS
Post Office Box 472
114 E. Broadway Tower, Suite 1100

Enid, Oklahoma 730702
Telephone: 580-242-5500
Facsimile: 580-242-4556
sjones@stephenjoneslaw.com


Shauna Amber Izadi, OBA #20507
FRIEDMAN & FEIGER, LLP
5301 Spring Valley Road, Ste. 200
Dallas, Texas 75254
Telephone: 972-788-1400
Facsimile: 972-788-2667
Email: sizadi@fflawoffice.com
**ATTORNEYS FOR PLAINTIFF BREITLING OIL AND GAS CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of December, 2013, a true and correct copy of the above and foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

David Cheek
Cheek & Falcone, PLLC
6301 Waterford Blvd, Suite 320
Oklahoma City, OK 7311-1168
Telephone: 405.286.9191
Facsimile: 405.268.9670
Email: dcheek@cheekfalcone.com

*/s/ Stephen Jones*
Attorney for Plaintiff